**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 03-cv-01400 REB-MJW

DIRECTV, INC.,

    Plaintiff,

v.

ALAN J. CRESPIN,

    Defendant.

**ORDER DENYING MOTION FOR RECONSIDERATION**

**Blackburn, J**

This matter is before me on the following: 1) defendant Alan Crespin's **Motion for Reconsideration Denying Relief from Judgment Pursuant to Rule 60 Introduction** [#240], filed December 4, 2005.  The plaintiff has filed a response [#242], filed December 16, 2005, and Crespin has filed a reply [#243], filed January 3, 2006.  I note that the reply [#243] has been docketed as a separate motion for new trial.

Crespin has filed more than a dozen post-trial motions in this case.  None of these motions has demonstrated a valid basis for the post-trial relief he requested.  In his latest motion and reply, Crespin again has not established any valid basis for relief under Rule 60.

2

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant Alan Crespin's **Motion for Reconsideration Denying Relief from Judgment Pursuant to Rule 60 Introduction** [#240], filed December 4, 2005, is DENIED; and

2. That to the extent Crespin's reply [#243] in support of his motion can be read as a separate motion for new trial, the motion [#243] is **DENIED**.

Dated August 14, 2006, at Denver, Colorado.

                          **BY THE COURT:**

                          **s/ Robert E. Blackburn**
                          **Robert E. Blackburn**
                          **United States District Judge**